MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN CSBN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail:  Jennifer.Tarn@ssa.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| THONGSA KEOHANAM, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner Of Social Security, <br><br> Defendant. | ) Case No. 4:15-cv-00576-KAW <br> ) <br> ) **STIPULATION AND ~~PROPOSED~~** <br> ) **ORDER FOR LEAVE OF COURT TO** <br> ) **EXTEND TIME TO FILE** <br> ) **DEFENDANT'S BRIEF** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time by thirty days, from September 7, 2015 to October 7, 2015, for Defendant to respond to Plaintiff's Motion for Reversal or Remand and/or file any cross-motion thereto, and extend all other dates in the Court's February 6, 2015 Social Security Procedural Order accordingly. Any reply by Plaintiff would be due by October 21, 2015.

    ///

There is good cause for this extension.  In the next two weeks, counsel for Defendant has six briefs due in matters pending in the California district courts and will be unavailable due to training and a federal holiday for more than three business days.   This is Defendant's second request for an extension, and first request due to workload considerations.  Defendant's first request for an extension pertained to problems with uploading the Certified Administrative Record into the CM/ECF system for the Northern District of California District Court.  Defendant therefore respectfully requests the extension to accommodate a uniquely heavy workload and apologizes to the Court for any inconvenience.

Date:   August 31, 2015

LAW OFFICES OF LAWRENCE D. ROHLFING

By:     /s/ *Lawrence D. Rohlfing**
LAWRENCE D. ROHLFING
Attorney for the Plaintiff
(* As authorized on August 31, 2015)

Date:   August 28, 2015

MELINDA HAAG
United States Attorney

By:     /s/ *Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR REVERSAL OR REMAND ON OR BEFORE OCTOBER 7, 2015.  PLAINTIFF SHALL FILE ANY REPLY THERETO ON OR BEFORE OCTOBER 21, 2015.

Dated:   9/1/15

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE